IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS COLEMAN, an Individual,   ) | |
|   ) | |
| Plaintiff,   ) | |
|   ) | CIVIL ACTION FILE |
| v.   ) | |
|   ) | NO. 1:22-cv-00814-TWT |
| CITY OF SOUTH FULTON, a   ) | |
| Government Entity Corporation;   ) | |
| SOUTH FULTON POLICE   ) | |
| DEPARTMENT, a Government   ) | |
| Entity; SOLOMON MUHAMMAD,   ) | |
| an Individual and DOE   ) | |
| DEFENDANTS 1-5, Inclusive,   ) | |
|   ) | |
| Defendants.   ) | |

**ANSWER OF THE CITY OF SOUTH FULTON, GEORGIA**
**AND THE SOUTH FULTON POLICE DEPARTMENT (A NON-ENTITY)**

Come now the City of South Fulton, Georgia ("South Fulton") and the South Fulton Police Department ("SFPD"), a non-entity, and answer plaintiff's complaint as follows:

**FIRST DEFENSE**

For a first defense, these defendants show that the City of South Fulton Police Department is not a legal entity capable of being sued based on well-established federal and state law precedent and, therefore, that it should be dismissed as a party herein.

## SECOND DEFENSE

For a second defense, these defendants show that the complaint fails to state a claim against them upon which relief can be granted.

## THIRD DEFENSE

For a third defense, these defendants respond to the numbered and unnumbered allegations in the complaint as follows:

## ALLEGATIONS UNDER THE HEADING "PLAINTIFF'S COMPLAINT" (1-14)

These defendants show that no allegations are made in this section of the complaint, only an identification of claims plaintiff is seeking to pursue against these defendants, none of which have merit, as well as an identification of Marcus Coleman as the plaintiff in this action, an allegation which these defendants acknowledge.  Except as expressly admitted herein, the allegations of this section of the complaint are denied.

1.

On information and belief, the allegations of this paragraph are admitted.

2.

In response to the allegations of this paragraph, these defendants admit only that Muhammad is an employee of South Fulton and is not an employee of the City of South Fulton Police Department, which is not a legal entity in any

event.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

3.

In response to the allegations of this paragraph, these defendants admit only that Muhammad is an employee of South Fulton and is not an employee of the City of South Fulton Police Department, which is not a legal entity in any event.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

4.

In response to the allegations of this paragraph, these defendants admit only that Muhammad is an employee of South Fulton and is not an employee of the City of South Fulton Police Department, which is not a legal entity in any event.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

5.

The allegations of this paragraph are denied.

6.

In response to the allegations of this paragraph, these defendants admit only that federal jurisdiction exists because a claim is asserted against South

Fulton which claim is purported to arise under the Constitution and laws of the United States.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

7.

In response to the allegations of this paragraph, these defendants show that only one defendant officer is identified as a party in this action, Solomon Muhammad, and that jurisdiction is established in this Court only because claims are asserted by plaintiff which are purported to arise under the Constitution and laws of the United States, not based on where Muhammad lives and/or works. Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

8.

In response to the allegations of this paragraph, these defendants admit only that the interactions between plaintiff and Muhammad on January 29, 2021, occurred within the jurisdictional boundaries of South Fulton.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

9.

In response to the allegations of this paragraph, these defendants show that O.C.G.A. § 50-21-23 has no application in the present case and, hence, the

allegations of this paragraph are denied.

10.

The allegations of this paragraph are denied.

11.

The allegations of this paragraph are denied.

12.

The allegations of this paragraph are denied.

13.

The allegations of this paragraph are denied.

14.

The allegations of this paragraph are denied.

15.

The allegations of this paragraph are denied.

16.

The allegations of this paragraph are denied.

17.

The allegations of this paragraph are admitted.

18.

The allegations of paragraph 18 are denied.

19.

These defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of this paragraph and, therefore, these defendants can neither admit nor deny the same.

20.

In response to the allegations of this paragraph, these defendants show that the interactions between plaintiff, South Fulton Officer Solomon Muhammad, and South Fulton Lieutenant Jubal Rogers on January 29, 2021, were captured on dash and/or body worn cameras and video from plaintiff's cell phone, which video speaks for itself as it relates to the allegations of this paragraph and other paragraphs in the complaint which follow thereafter. Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

21.

In response to the allegations of this paragraph, these defendants admit only that Muhammad removed his taser while he was attempting to handcuff plaintiff while plaintiff was physically resisting being handcuffed.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

22.

In response to the allegations of this paragraph, these defendants admit only that Muhammad handcuffed Coleman and placed him in the passenger side of his patrol car. Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

23.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 22 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

24.

 In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 20 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

25.

The allegations of this paragraph are denied as stated.

26.

The allegations of this paragraph are denied as stated.

27.

In response to the allegations of this paragraph, these defendants admit only that Rogers arrived at the scene, removed the handcuffs on Coleman, and advised Mohammad that there was no need to make an arrest at the scene and that the matter could be addressed later.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

28.

The allegations of this paragraph are denied as stated.

29.

The allegations of this paragraph are denied as stated.

30.

The allegations of this paragraph are denied as stated.

31.

The allegations of this paragraph are denied as stated.

32.

The allegations of paragraph 32 are denied as stated.

33.

The allegations of paragraph 33 are denied as stated.

34.

The allegations of this paragraph are denied as stated.

35.

The allegations of this paragraph are denied as stated.

36.

The allegations of this paragraph are denied as stated.

37.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 20 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

38.

The allegations of this paragraph are denied as stated.

39.

The allegations of this paragraph are denied as stated.

40.

The allegations of this paragraph are denied as stated.

41.

The allegations of this paragraph are denied as stated.

42.

The allegations of this paragraph are denied as stated.

43.

The allegations of this paragraph are denied as stated.

44.

The allegations of this paragraph are denied as stated.

45.

The allegations of this paragraph are denied as stated.

46.

The allegations of this paragraph are denied as stated.

47.

In response to the allegations of this paragraph, these defendants admit only that Muhammad received a three-day suspension without pay and was required to attend de-escalation training.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

48.

The allegations of this paragraph are denied as stated.

49.

The allegations of this paragraph are denied as stated.

50.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely provides his intentions in bringing the present action.  To the extent that a response is required, these defendants deny said allegations as stated.

51.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraphs 1 through 50 of the complaint, inclusive.

52.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely seeks to interpret the laws of the State of Georgia, including the legal standards to support an action sounding in negligence.  To the extent that a further response is required, the allegations of this paragraph are denied as stated.

53.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely

seeks to interpret the laws of the State of Georgia.  To the extent that a further response is required, the allegations of this paragraph are denied as stated.

54.

The allegations of this paragraph are denied as stated.

55.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely seeks to interpret the laws of the State of Georgia.  To the extent that a further response is required, the allegations of this paragraph are denied as stated.

56.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely seeks to interpret the laws of the State of Georgia.  To the extent that a further response is required, the allegations of this paragraph are denied as stated.

57.

The allegations of this paragraph are denied as stated.

58.

The allegations of this paragraph are denied as stated.

59.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely seeks to interpret the laws of the State of Georgia.  To the extent that a further response is required, the allegations of this paragraph are denied as stated.

60.

The allegations of this paragraph are denied as stated.

61.

The allegations of this paragraph are denied as stated.

62.

In response to the allegations of this paragraph, these defendants show that are not required to respond to allegations in which plaintiff merely seeks to identify the nature of the claims he is asserting against these defendants.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

63.

The allegations of this paragraph are denied as stated.

64.

The allegations of this paragraph are denied as stated.

65.

The allegations of this paragraph are denied as stated.

66.

The allegations of this paragraph are denied as stated.

67.

In response to the allegations of this paragraph, these defendants deny that they caused plaintiff to experience and endures actual damages, as alleged in this paragraph.   In further response, these defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that plaintiff in fact "experiences and endures actual damages" and, therefore, these defendants can neither admit nor deny the same.   Except as expressly admitted herein, the allegations of this paragraph are denied.

68.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 67 of the complaint, inclusive.

69.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely

seeks to interpret the laws of the laws of the State of Georgia, including the preparation of incident reports, the duties imposed on law enforcement officers or reliance of any such reports by district attorneys.  To the extent that a further response is required, the allegations of this paragraph are denied as stated.

70.

The allegations of this paragraph are denied as stated.

71.

In response to the allegations of this paragraph, these defendants show that O.C.G.A. §51-5-1 speaks for itself regarding its terms and conditions.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

72.

The allegations of this paragraph are denied as stated.

73.

The allegations of this paragraph are denied as stated.

74.

The allegations of this paragraph are denied as stated.

75.

The allegations of this paragraph are denied as stated.

76.

The allegations of this paragraph are denied as stated.

77.

The allegations of this paragraph are denied as stated.

78.

The allegations of this paragraph are denied as stated.

79.

In response to the allegations of this paragraph, these defendants deny that they caused plaintiff to experience and endure actual damages, as alleged in this paragraph. In further response, these defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that plaintiff in fact "experiences and endures actual damages" and, therefore, these defendants can neither admit nor deny the same. Except as expressly admitted herein, the allegations of this paragraph are denied.

80.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraphs 1 through 79 of the complaint, inclusive.

81.

The allegations of this paragraph are denied as stated.

82.

The allegations of this paragraph are denied as stated.

83.

The allegations of this paragraph are denied as stated.

84.

The allegations of this paragraph are denied as stated.

85.

The allegations of this paragraph are denied as stated.

86.

The allegations of this paragraph are denied as stated.

87.

The allegations of this paragraph are denied as stated.

88.

The allegations of this paragraph are denied as stated.

89.

The allegations of this paragraph are denied as stated.

90.

In response to the allegations of this paragraph, these defendants deny that they caused plaintiff to experience and endure actual damages, as alleged in this paragraph.   In further response, these defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that plaintiff in fact "experiences and endures actual damages" and, therefore, these defendants can neither admit nor deny the same.   Except as expressly admitted herein, the allegations of this paragraph are denied.

91.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 90 of the complaint, inclusive.

92.

The allegations of this paragraph are denied as stated.

93.

The allegations of this paragraph are denied as stated.

94.

The allegations of this paragraph are denied as stated.

95.

The allegations of this paragraph are denied as stated.

96.

The allegations of this paragraph are denied as stated.

97.

The allegations of this paragraph are denied as stated.

98.

The allegations of this paragraph are denied as stated.

99.

The allegations of this paragraph are denied as stated.

100.

The allegations of this paragraph are denied as stated.

101.

In response to the allegations of this paragraph, these defendants deny that they caused plaintiff to experience and endure actual damages, as alleged in this paragraph. In further response, these defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that plaintiff in fact "experiences and endures actual damages" and, therefore,

these defendants can neither admit nor deny the same. Except as expressly admitted herein, the allegations of this paragraph are denied.

102.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 101 of the complaint, inclusive.

103.

The allegations of this paragraph are denied as stated.

104.

The allegations of this paragraph are denied as stated.

105.

The allegations of this paragraph are denied as stated.

106.

The allegations of this paragraph are denied as stated.

107.

The allegations of this paragraph are denied as stated.

108.

In response to the allegations of this paragraph, these defendants deny that they caused plaintiff to experience and endure actual damages, as alleged in this

paragraph.   In further response, these defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that plaintiff in fact "experiences and endures actual damages" and, therefore, these defendants can neither admit nor deny the same.   Except as expressly admitted herein, the allegations of this paragraph are denied.

109.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 108 of the complaint, inclusive.

110.

The allegations of this paragraph are denied as stated.

111.

The allegations of this paragraph are denied as stated.

112.

The allegations of this paragraph are denied as stated.

113.

The allegations of this paragraph are denied as stated.

114.

In response to the allegations of this paragraph, these defendants deny that

they caused plaintiff to experience and endure actual damages, as alleged in this paragraph.  In further response, these defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that plaintiff in fact "experiences and endures actual damages" and, therefore, these defendants can neither admit nor deny the same.  Except as expressly admitted herein, the allegations of this paragraph are denied.

115.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 114 of the complaint, inclusive.

116.

The allegations of this paragraph are denied as stated.

117.

The allegations of this paragraph are denied as stated.

118.

The allegations of this paragraph are denied as stated.

119.

The allegations of this paragraph are denied as stated.

120.

The allegations of this paragraph are denied as stated.

121.

The allegations of this paragraph are denied as stated.

122.

In response to the allegations of this paragraph, these defendants deny that they caused plaintiff to experience and endure actual damages, as alleged in this paragraph.   In further response, these defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that plaintiff in fact "experiences and endures actual damages" and, therefore, these defendants can neither admit nor deny the same.   Except as expressly admitted herein, the allegations of this paragraph are denied.

123.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 122 of the complaint, inclusive.

124.

The allegations of this paragraph are denied as stated.

125.

The allegations of this paragraph are denied as stated.

126.

The allegations of this paragraph are denied as stated.

127.

The allegations of this paragraph are denied as stated.

128.

The allegations of this paragraph are denied as stated.

129.

The allegations of this paragraph are denied as stated.

130.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 129 of the complaint, inclusive.

131.

These defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of this paragraph and, therefore, these defendants can neither admit nor deny the same.

132.

The allegations of this paragraph are denied as stated.

133.

The allegations of this paragraph are denied as stated.

134.

The allegations of this paragraph are denied as stated.

135.

The allegations of this paragraph are denied as stated.

136.

The allegations of this paragraph are denied as stated.

137.

The allegations of this paragraph are denied as stated.

138.

The allegations of this paragraph are denied as stated.

139.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 138 of the complaint, inclusive.

140.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 20 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

141.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 20 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

142.

The allegations of this paragraph are denied as stated.

143.

The allegations of this paragraph are denied as stated.

144.

The allegations of this paragraph are denied as stated.

145.

The allegations of this paragraph are denied as stated.

146.

The allegations of this paragraph are denied as stated.

147.

The allegations of this paragraph are denied as stated.

148.

The allegations of this paragraph are denied as stated.

149.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 148 of the complaint, inclusive.

150.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 20 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

151.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to

paragraph 20 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

### 152.

The allegations of this paragraph are denied as stated.

### 153.

The allegations of this paragraph are denied as stated.

### 154.

The allegations of this paragraph are denied as stated.

### 155.

The allegations of this paragraph are denied as stated.

### 156.

The allegations of this paragraph are denied as stated.

### 157.

The allegations of this paragraph are denied as stated.

### 158.

The allegations of this paragraph are denied as stated.

### 159.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to

paragraphs 1 through 158 of the complaint, inclusive.

160.

In response to the allegations of this paragraph, these defendants show that the Federal Civil Rights Act, and statutes enacted thereunder, speak for themselves regarding their terms and conditions.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

161.

In response to the allegations of this paragraph, these defendants show that 42 U.S.C. § 1983 speaks for itself regarding its terms and conditions.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

162.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff seeks to interpret federal law and, in particular, the circumstances under which a law enforcement officer may be held liable for the use of excessive force.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

163.

In response to the allegations of this paragraph, these defendants show

that they are not required to respond to allegations in which plaintiff merely seeks to interpret federal case law and provide his personal analysis of the same. To the extent that a further response is required, the allegations of this paragraph are denied as stated.

<center>164.</center>

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 163 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

<center>165.</center>

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 163 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

<center>166.</center>

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 163 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

167.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 163 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

168.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 163 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

169.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their response to paragraph 163 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

170.

The allegations of this paragraph are denied as stated.

171.

The allegations of this paragraph are denied as stated.

172.

The allegations of this paragraph are denied as stated.

173.

The allegations of this paragraph are denied as stated.

174.

The allegations of this paragraph are denied as stated.

175.

The allegations of this paragraph are denied as stated.

176.

The allegations of this paragraph are denied as stated.

177.

The allegations of this paragraph are denied as stated.

178.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 177 of the complaint, inclusive.

179.

In response to the allegations of this paragraph, these defendants show that O.C.G.A. § 16-5-41 speaks for itself regarding its terms and conditions.

Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

180.

In response to the allegations of this paragraph, these defendants show that they are not required to respond to allegations in which plaintiff merely seeks to interpret Georgia law and, in particular, the elements necessary to establish a false imprisonment claim.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

181.

The allegations of this paragraph are denied as stated.

182.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 20 and 22 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

183.

The allegations of this paragraph are denied as stated.

184.

The allegations of this paragraph are denied as stated.

185.

The allegations of this paragraph are denied as stated.

186.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 1 through 185 of the complaint, inclusive.

187.

In response to the allegations of this paragraph, these defendants re-allege and incorporate by reference, as if fully set forth herein, their responses to paragraphs 3 and 4 above.  Except as expressly admitted herein, the allegations of this paragraph are denied as stated.

188.

The allegations of this paragraph are admitted.

189.

The allegations of this paragraph are denied as stated.

190.

The allegations of this paragraph are denied as stated.

191.

The allegations of this paragraph are denied as stated.

192.

Any other allegations in the complaint which have not been expressly admitted or otherwise addressed are hereby denied.

**FOURTH DEFENSE**

For a fourth defense, South Fulton shows that no policy statement, ordinance, regulation, custom or practice of South Fulton was the moving force of any purported violation of plaintiff's federal rights.

**FIFTH DEFENSE**

For a fifth defense, South Fulton asserts the defense of sovereign immunity.

**SIXTH DEFENSE**

For a sixth defense, these defendants incorporate by reference the affirmative defenses asserted on behalf of co-defendant herein, Solomon Muhammad.

**SEVENTH DEFENSE**

For a seventh defense, South Fulton shows that municipal corporations are not liable under Georgia law for the torts of policemen engaged in discharge of duties imposed upon them by law.

Wherefore, having fully answered, these defendants pray that verdict and judgment be entered in their favor, with all costs cast against plaintiff; that they

have a trial by a jury of six persons regarding all triable issues; and that they

have such other and further relief as this Court deems just and proper in the

circumstances.

This 4th day of March, 2022.

<div style="margin-left: 50%;">

/s/ Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
*Attorneys for Defendants City of South
Fulton, Georgia, and South Fulton
Police Department (a non-entity)*

</div>

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, NE
Suite 1700 - Salesforce Tower Atlanta
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this date electronically served the foregoing **ANSWER OF THE CITY OF SOUTH FULTON, GEORGIA AND THE SOUTH FULTON POLICE DEPARTMENT (A NON-ENTITY)** by filing the same with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 4th day of March, 2022.

> /s/ Harvey S. Gray
> Harvey S. Gray
> Georgia Bar No. 305838
> Alex Joseph
> Georgia Bar No. 590921
> *Attorneys for Defendants City of South*
> *Fulton, Georgia and South Fulton Police*
> *Department (a non-entity)*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, NE
Suite 1700 - Salesforce Tower Atlanta
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com