IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCUS COLEMAN
an Individual,

    Plaintiff,

v.

CITY OF SOUTH FULTON
a Government Entity Corporation,
ET AL.,

    Defendants.

CIVIL ACTION FILE
NO. 1:22-CV-814-TWT



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 08 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

ORDER

This is a civil rights action. It is before the Court on the Motion to Dismiss [Doc. 3] of the South Fulton Police Department. The South Fulton Police Department is not a legal entity subject to suit, is merely a department within the City of South Fulton. The Motion to Dismiss [Doc. 3] is GRANTED.

SO ORDERED, this ___8___ day of April, 2022.

                                                            *Thomas W. Thrash*
                                                          THOMAS W. THRASH, JR.
                                                          United States District Judge